

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00521-CV

**IN THE ESTATE OF JOHN MOORE KILLIAN**, Deceased

From Probate Court No. 1, Bexar County, Texas
Trial Court No. 2019PC2157
Honorable Oscar J. Kazen, Judge Presiding

PER CURIAM

Sitting:  Rebeca C. Martinez, Chief Justice
     Liza A. Rodriguez, Justice
     Lori I. Valenzuela, Justice

Delivered and Filed: August 3, 2022

DISMISSED

Appellant has filed a motion to dismiss this appeal due to settlement. Appellee does not oppose the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the appellant.

PER CURIAM